**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| **IN RE:** AlexSam, Inc., (608 & 787) Patent and Contract Litigation | MDL Docket No. <u>2935</u> |

**ATTACHMENT TO**

**CORPORATE DISCLOSURE STATEMENT** (for Movant AlexSam, Inc.)

Short Case Captions:

*AlexSam, Inc. v. Simon Property Group (Texas), L.P.*, No. 2:19-cv-00331, E.D. Tex.

*AlexSam, Inc. v. MasterCard International Inc.*, No. 1:15-cv-02799, E.D. N.Y.

*AlexSam, Inc. v. WageWorks, Inc.*, No. 3:19-cv-04538, N.D. Cal.

*AlexSam, Inc. v. HealthEquity, Inc.*, No. 2:19-cv-00445, D. Utah

*AlexSam, Inc. v. Aetna Inc.*, No. 3:19-cv-01025, D. Conn.